IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID PUCKETT,                    )
                                  )
    Plaintiff,                    )
                                  )
vs.                               )     1:07-CV-0700-RBP-RRA
                                  )
JAMES DERILL McCRAY,              )
                                  )
    Defendant.                    )

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 25, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A final order will be entered.

DATED this 6th day of August, 2007.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**